IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **12-cv-1478-AP**

**CELIA GARCIA DE NUNEZ,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiff's Unopposed Motion for Extension of Time to File Reply Brief (doc. #20), filed February 27, 2013, is **GRANTED**.  Plaintiff's Reply Brief is due March 22, 2013.

Dated:  February 28, 2013