**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-01478-REB

CELIA GARCIA DENUNEZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Affirming Commissioner** [#27] entered by Judge Robert E. Blackburn on May 6, 2013, which order is incorporated herein by this reference.

    **THEREFORE, IT IS ORDERED** that the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **AFFIRMED**.

    DATED at Denver, Colorado, this 7th day of May, 2013.

                            FOR THE COURT:

                            JEFFREY P. COLWELL, CLERK

                            By: s/Edward P. Butler
                                  Edward P. Butler
                                  Deputy Clerk